FILED
United States District Court
Albuquerque, New Mexico

Mitchell R. Elfers
Clerk of Court

# UNITED STATES DISTRICT COURT
для
District of New Mexico

United States of America

v.

Dominic T. Thomas,
*Defendant*

Case No. MJ 1:21-01365-001 BPB

## WAIVER OF PERSONAL PRESENCE AT HEARING

I, Dominic T. Thomas, Defendant, understand that I am scheduled for a Initial hearing on 9/14/2021.
*nature of hearing*      *date*

I understand that I may appear by video for this proceeding. I hereby ask to be permitted to appear for the hearing by video, and waive my right to be personally present for this hearing.

Date: 9/14/2021

*Defendant's signature*

*Signature of defendant's attorney*

Buck Glanz
*Printed name of defendant's attorney*

buck_glanz@fd.org
*Defendant's attorney's e-mail address*