PS8
(8/88)

# UNITED STATES DISTRICT COURT
## for
## NEW MEXICO

U.S.A. vs **Dominic T. Thomas**　　　　　　　　　　Docket No. 1:21-mj-01365-SCY-1

Petition for Action on Conditions of Pretrial Release

COMES NOW **Anthony L. Carter** PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of **Dominic T. Thomas** who was placed under pretrial release supervision by the Honorable Steven C. Yarbrough, United States Magistrate Judge, sitting in the court at **Albuquerque New Mexico**, on September 27, 2021, with conditions which included the following:

1. (6)(a)(b)(c): The defendant is placed in the custody of the La Pasada Halfway House in Albuquerque, New Mexico, who agrees to supervise the defendant, use every effort to assure the defendant's appearance at all court proceedings, and notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

2. (7)(j): The defendant must maintain residence at a halfway house or community corrections center, as the Pretrial Services office or supervising officer considers necessary.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**
The defendant was released under Pretrial Services supervision on September 27, 2021, to the third-party custody of the La Pasada Halfway House. Upon completion of his intake, the defendant left the Pretrial Services' office after being instructed to wait for the La Pasada Halfway House to pick him up. The La Pasada Halfway House was contacted to see if the defendant was present and they advised that he was not. As of this date, the defendant's whereabouts are unknown.

PRAYING THAT THE COURT WILL ORDER A WARRANT FOR THE DEFENDANT'S ARREST

　　　　　　　　　　　　　　　　　　　I declare under penalty of perjury that the foregoing is true and correct.

　　　　　　　　　　　　　　　　　　　Executed on: **September 27, 2021**

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　**Anthony L. Carter**
　　　　　　　　　　　　　　　　　　　**United States Probation Officer**

　　　　　　　　　　　　　　　　　　　Place; **Albuquerque, New Mexico**