UNITED STATES DISTRICT COURT
for the
District of New Mexico

UNITED STATES OF AMERICA )
v. )
)  Case No. 1084 1:21-mj-01365-SCY-1
Dominic T. Thomas )
*Defendant* )

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

2021 OCT -8 PM 3:38

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States Magistrate Judge without unnecessary delay, Dominic T. Thomas, who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☒ Order of the Court

This offense is briefly described as follows:
The defendant absconded from supervision by not reporting to the La Pasada Halfway House as ordered.

Date: 9/28/21

*Issuing Officer's signature*

City and state: ALBUQUERQUE, NEW MEXICO    MITCHELL R. ELFERS, CLERK OF COURT
*Printed name and title*

### Return

This warrant was received on (date) 9/28/2021, and the person was arrested on (date) 10/08/2021
at (city and state) Torrance County.

Date: 10/08/2021

*Arresting officer's signature*

Mark Strange, DUSM
*Printed name and title*