# CLERK'S MINUTE SHEET
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

Before the Honorable John F. Robbenhaar

Initial Appearance - VSR

| | | | |
|---|---|---|---|
| Case Number: | 21-MJ-1365 SCY | UNITED STATES vs. Thomas | |
| Hearing Date: | 10/12/2021 | Time In and Out: | 9:51 a.m./10:00 a.m. |
| Courtroom Deputy: | K. Hernandez de Sepulveda | Courtroom: | Hondo via Zoom |
| Defendant: | Dominic T. Thomas | Defendant's Counsel: | Todd Bullion |
| AUSA: | David Cowen | Pretrial/Probation: | Anthony Carter |
| Interpreter: | N/A | Witness: | |

## Initial Appearance

- ☐ Defendant received a copy of charging document
- ☐ Court advises defendant(s) of possible penalties and all constitutional rights
- ☐ Defendant
- ☐ Government moves to detain ☐ Government does not recommend detention
- ☐ Set for _____ on _____ @ _____

## Preliminary/Show Cause/Identity

- ☐ Defendant
- ☐ Court finds probable cause ☐ Court does not find probable cause

## Detention

- ☐ Defendant
- ☐

## Custody Status

- ☐ Defendant
- ☐ Conditions

## Other

- ☒ Defendant orally waives personal presence at hearing/Court accepts Defendant's waiver
- ☒ Pursuant to the Due Process Protections Act, Court confirms the United States obligation to produce all exculpatory evidence to the defendant pursuant to Brady v. Maryland, 373 U.S. 83 (1963) and its progeny, and orders it to do so.
- ☐ Matter referred to _____ for Final Revocation Hearing
- ☒ Initial Appearance NOT held; defense counsel raised the issue of competency; defense counsel to file a motion as soon as possible. Detention hearing will be set for Thursday, October 14, 2021.