## CLERK'S MINUTES
### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

Before the Honorable John F. Robbenhaar, United States Magistrate Judge

Motion Hearing/Detention Hearing

| Case Number: | 21-MJ-1365 SCY | UNITED STATES vs. Thomas | |
|---|---|---|---|
| Hearing Date: | 10/14/2021 | Time In and Out: | 10:39 a.m./10:52 a.m. |
| Courtroom Deputy: | K. Hernandez de Sepulveda | Courtroom: | Hondo via Zoom |
| Defendant: | Dominic T. Thomas | Defendant's Counsel: | Todd Bullion |
| AUSA: | David Cowen | Pretrial/Probation: | Anthony Carter |
| Interpreter: | N/A | | |

### Proceedings

Court calls case; counsel enter their appearances; defendant waives personal presence at hearing/court accepts defendant's waiver; court addresses counsel regarding defendant's Unopposed Motion for Psychological Evaluation; defense counsel responds; court orders defense counsel to submit a proposed order; the government does not object to defendant's motion; the court finds good cause to postpone pretrial hearings and orders a psychological evaluation.

AUSA addresses the court regarding detention; defense counsel requests defendant's release to La Pasada Halfway House; the government requests defendant's continued detention pending the evaluation; United States Probation Officer Anthony Carter addresses the court, recommends detention while the evaluation takes place; court findings; defendant will be released to the La Pasada Halfway House after completing 14-day quarantine; court addresses defendant; court in recess.

### Custody Status

| | | |
|---|---|---|
| ☒ | Defendant will remain in custody pending 14-day quarantine | |
| ☒ | Conditions of pretrial release reinstated | |

### Other Ruling

| | |
|---|---|
| ☐ | |