PS8
(8/88)

# UNITED STATES DISTRICT COURT
## for
## NEW MEXICO

U.S.A. vs **Dominic T. Thomas**  Docket No. 1:21-mj-01365-SCY-1

Petition for Action on Conditions of Pretrial Release

COMES NOW **Anthony L. Carter** PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of **Dominic T. Thomas** who was placed under pretrial release supervision by the Honorable John F. Robbenhaar, United States Magistrate Judge, sitting in the court at **Albuquerque New Mexico**, on October 22, 2021, with conditions which included the following:

1. (6)(a)(b)(c): The defendant is placed in the custody of the La Pasada Halfway House in Albuquerque, New Mexico, who agrees to supervise the defendant, use every effort to assure the defendant's appearance at all court proceedings, and notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

2. (7)(j): The defendant must maintain residence at a halfway house or community corrections center, as the Pretrial Services office or supervising officer considers necessary.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**
The undersigned officer was contacted by the La Pasada Halfway House Program Director, Daryl Agnes, who conveyed that they will no longer serve as the defendant's third-party custodian due to him absconding from the program. The defendant had arrived at the facility and was called to the front desk to complete his intake paperwork. The defendant never reported. The defendant could not be located. As of this date, the defendant's whereabouts are unknown.

PRAYING THAT THE COURT WILL ORDER A WARRANT FOR THE DEFENDANT'S ARREST

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: **October 22, 2021**

_____
**Anthony L. Carter**
**United States Probation Officer**

Place; **Albuquerque, New Mexico**