# UNITED STATES DISTRICT COURT
for the
District of New Mexico

United States of America

v.

**Dominic Thomas**
_____
*Defendant*

Case No. 1:21-mj-01365-SCY

### WAIVER OF PERSONAL PRESENCE AT HEARING

I, Dominic Thomas
_____, Defendant, understand that I am scheduled for

a Detention
_____ hearing on 1/27/2022
*nature of hearing*                              *date*

I understand that I may appear by video for this proceeding. I hereby ask to be permitted to

appear for the hearing by video, and waive my right to be personally present for this hearing.

Date: 1/27/2022
_____

_____
*Defendant's signature*

*Todd J. Bullion*
_____
*Signature of defendant's attorney*

Todd J. Bullion
_____
*Printed name of defendant's attorney*

todd@bullionlaw.com
_____
*Defendant's attorney's e-mail address*