# CLERK'S MINUTE SHEET
### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

Before the Honorable Laura Fashing

Detention Hearing

| | | | |
|---|---|---|---|
| Case Number: | MJ 21-1365 SCY | UNITED STATES vs. THOMAS | |
| Hearing Date: | 1/24/2022 | Time In and Out: | 10:14-10:32 |
| Courtroom Deputy: | N. Maestas | Courtroom: | Hondo - Remote |
| Defendant: | Dominic T Thomas | Defendant's Counsel: | Todd J Bullion |
| AUSA: | Rumaldo Armijo | Pretrial/Probation: | Anthony Carter |
| Interpreter: | | | |

## Proceedings

| | |
|---|---|
| ☒ | Defendant waives personal presence at hearing/Court accepts Defendant's waiver |
| ☐ | Defendant waives Detention Hearing |
| ☒ | Defense counsel addresses Court, has emailed Dr. Brovko and is awaiting date for evaluation, would like some supervision while residing at shelter; Officer Carter would like competency evaluation to be taken care of as soon as possible, cannot supervise while at shelter; Government concurs with recommendation of USPTS; Court requests status report in three weeks |
| ☐ | Government |

## Custody Status

| | | |
|---|---|---|
| ☒ | Defendant remanded to custody of United States Marshal's Service | |
| ☒ | Conditions of pretrial release revoked | |

## Other Ruling

| | |
|---|---|
| ☐ | |