IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | 1:21-mj-01365-SCY |
| DOMINIC T THOMAS, | ) ) ) | |
| Defendant. | ) | |

## JOINT STATUS REPORT ON COMPETENCY EVALUATION

COMES NOW, the Defendant by and through undersigned counsel, and the United States by and through undersigned counsel and provides the following joint status update to the court regarding Defendant's competency evaluation:

1. Defense counsel has submitted a motion to have the Defendant evaluated to determine if he is competent to stand trial (Doc 23). This motion was filed on October 13, 2021 following counsel's conversations with Mr. Thomas on October 12, 2021. These conversations on October 12, 2021 necessitated the filing of the competency motion. This motion was granted on October 15, 2021 and a competency evaluation was ordered. (Doc 28).

2. Mr. Thomas was released from custody a second time to La Posada halfway house on October 22, 2021.

3. Mr. Thomas did not go to the halfway house and went into warrant status on or about October 22, 2021.

4. Mr. Thomas was arrested January 18, 2022 and has remained in custody since that arrest.

5. Julie Brovko, PhD, has an evaluation scheduled with Mr. Thomas on March 4, 2022.

6. In preparation for this interview Dr. Brovko has obtained documents and medical records.

1

She is still in the process of obtaining medical records for Mr. Thomas.

7. Specifically she needs records from Cibola County Detention Center.

8. Dr. Brovko and Defense counsel have discussed the Cibola County Detention Center records and Defense Counsel will assist her in obtaining these records

9. At present Dr. Brovko cannot say with any certainty when the evaluation will be completed. Dr. Brovko has indicated to Defense Counsel that generally it takes a month to issue a report following meeting with the person being evaluated and that each case varies and that she will not know how long it will take to complete the evaluation until after the meeting on March 4, 2022.

10. Dr. Brovko will provide Defense counsel with an update following the March 4, 2022 assessment and meeting with Mr. Thomas.

Respectfully submitted,

/s/ Todd J. Bullion
Todd J. Bullion
Law Office of Todd J. Bullion
300 Central Avenue SW
Suite 1000E
Albuquerque, NM 87102
(505) 452-7674
todd@bullionlaw.com
*Attorney for Defendant*

I hereby certify that a true and correct copy
of the foregoing was electronically submitted
this 24th day of February, 2022 to:

Rumaldo Armijo
Assistant United States Attorney


/s/ Todd J. Bullion

Todd J. Bullion