# CLERK'S MINUTE SHEET
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

Before the Honorable Laura Fashing

Plea and Sentencing Hearing

| | | | |
|---|---|---|---|
| Date: | 6/13/2022 | Case Number: | MJ 21-1365 LF |
| Case Title: USA v. | Dominic T Thomas | Courtroom: | Rio Grande @ 2:10 |
| Courtroom Deputy: | N. Maestas | Total Time: | 1 hour 1 minute |
| AUSA: | Rumaldo Armijo | Defendant's Counsel | Todd J Bullion |
| Probation/Pretrial: | Chris Aguilar, Ana Ortiz-Martinez | Interpreter: | |

## Proceedings

| | | | | |
|---|---|---|---|---|
| ☒ | Defendant sworn | | ☐ | First Appearance |
| ☐ | Consent to proceed before a Magistrate Judge | | | |
| ☒ | Defendant acknowledges receipt of Information | | | |
| ☒ | Terms & Conditions of Plea Agreement explained | | ☒ | Defendant indicates understanding of its terms |
| ☒ | Defendant questioned re: age, education, physical/mental condition, & whether under the influence of alcohol, drugs or medication. Advised of charge(s), penalties and possible consequences of the plea | | | |
| ☒ | Defendant advised of constitutional rights, loss of rights, and maximum penalties | | | |
| ☒ | Defendant questioned re: time to consult with attorney and if satisfied with his/her representation | | | |
| ☒ | Court finds Defendant fully understands charge(s), terms of plea, and the consequences of entry into plea agreement | | | |
| ☒ | Defendant pleads guilty | | | |
| ☒ | Court finds plea made freely, voluntarily, and intelligently; plea of guilty accepted | | | |
| ☒ | Defendant adjudged guilty | | | |
| ☒ | Plea Agreement accepted | | | |
| ☒ | Presentence Report waived | | | |

## Sentence Imposed

| | | | |
|---|---|---|---|
| ☐ | Imprisonment (BOP): | | |
| ☐ | Supervised Release: | ☒ | Probation: 1 year (period can be reduced after six months of successful supervision) |

## Special Conditions of Supervision

| | | | | |
|---|---|---|---|---|
| ☒ | Participate in/successfully complete substance abuse treatment and testing | | ☒ | Participate in/successfully complete mental health treatment program |
| ☒ | Waive right of confidentiality (Drug Treatment) | | ☒ | Waive right of confidentiality (Mental Health Treatment) |
| ☒ | Refrain from use and possession of synthetic cannabinoids, etc. | | ☐ | Participate in an educational or vocational program approved by the Probation Officer |
| ☒ | Submit to substance abuse testing | | ☐ | No contact with victim(s) and/or co-defendant(s) |
| ☒ | Refrain from use/possession of alcohol/intoxicants | | ☐ | Install Ignition Interlock for 1 year |
| ☐ | Community service for __ months __ days | | ☐ | Attend and complete Victim's Impact Panel |
| ☐ | Submit to search of person/property | | ☐ | Attend and complete DWI School |
| ☒ | Continue to take all prescribed medications | | ☐ | |

| | | | |
|---|---|---|---|
| ☒ | Fine: Based on the defendant's lack of financial resources, the Court will not impose a fine or a portion of a fine. | ☒ | Restitution: The Court finds the Mandatory Restitution Act of 1996 is applicable in this case; however, no claim for restitution has been made by the victim(s) in this case. Therefore, none will be ordered. |
| ☒ | SPA $0.00 | | Waived |
| ☐ | Advised of Right to Appeal | ☒ | Waived Appeal Rights per Plea Agreement |
| ☐ | Held in Custody | ☐ | Voluntary Surrender |
| ☒ | Other: Defense counsel requests Defendant be released today, with the least restrictive conditions of supervision; Officer Aguilar clarifies differences between supervised and unsupervised probation; Government recommends sentence of time served and defers to the Court regarding period of probation, fine and restitution; Defendant addresses Court, asks that he not be placed on probation; Defense counsel indicates if released today, Defendant will go to the Westside Homeless Shelter | | |